**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-6176**

---

LARRY ARNOLD YOUNG,

                                    Plaintiff - Appellant,

        versus

WARDEN,  FEDERAL  CORRECTIONAL  INSTITUTION,
Morgantown,

                                    Defendant - Appellee.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Irene M. Keeley, Chief District Judge.  (3:06-cv-00020-IMK)

---

Submitted:  July 24, 2007               Decided:  July 30, 2007

---

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Larry Arnold Young, Appellant Pro Se.  Betsy S. Jividen, Assistant United States Attorney, Alan Gordon McGonigal, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Arnold Young, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Young v. Warden, Fed. Corr. Inst.</u>, No. 3:06-cv-00020-IMK (N.D.W. Va. Jan. 22, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>